# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00420-CV

**Douglas K. Conley, Appellant**

**v.**

**Kelly L. Conley, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-04-002639, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Douglas K. Conley filed his notice of appeal on June 5, 2006, and the clerk's record was filed on July 20, 2006. On August 17, 2006, the Clerk of this Court sent Conley notice that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by August 28, 2006. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Bob Pemberton, Justice

Before Justices B.A. Smith, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   October 11, 2006